

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-22-00623-CR

**EX PARTE** Luis Alfredo **APARICIO**

From the County Court, Maverick County, Texas
Trial Court No. 3976
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

The reporter's record was due on September 21, 2022. On October 3, 2022, the court reporter filed a notification of late record requesting an extension until October 21, 2022. We GRANT the reporter's request for extension. The court reporter is ORDERED to file the reporter's record with this court **no later than October 21, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

